**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCIS TORRES, | ) NO. CV 11-5072-CJC (MAN) <br> ) <br> ) ORDER ACCEPTING FINDINGS <br> ) AND RECOMMENDATIONS OF <br> ) OF UNITED STATES MAGISTRATE <br> ) <br> ) <br> ) <br> ) |
| Petitioner, | |
| v. | |
| KATRINA S. KANE, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been received. The Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner's counsel.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 27, 2011.

---
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE