JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCIS TORRES, | NO. CV 11-5072-CJC (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| KATRINA S. KANE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 27, 2011.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE